COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In the Interest of B.S., a Child

Appellate case number:   01-22-00826-CV

Trial court case number: 20CP0215

Trial court:             306th District Court of Galveston County

Appellant S.H., has filed an "Amended Motion to Waive Appeal Filing Fee of Appellant S.H.," requesting that we waive the filing fee for appellant and noting that the trial court presumed appellant's indigence because appellant had appointed counsel for trial and appeal. No party has contested the motion. We conclude that appellant may proceed on appeal without payment of costs. *See* TEX. R. APP. P. 20.1(c).

The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without payment of costs. *See* TEX. R. APP. P. 20.1(c).

Judge's signature: _____/s/ Terry Adams_____
                   ☒ Acting individually   ☐ Acting for the Court

Date: ___February 7, 2023_____